Charles E. Cochran, and Russell S. Proctor, Inc., a Delaware Corporation, Plaintiffs and Appellees, v. John W. Howell, Defendant and Appellant.

Gen. No. 10,495. 

Fourth District.

March 6, 1964.

Kenneth L. Strong, of Pontiac, for appellant; W. Loren Thomson, of Bloomington, for appellees. Opinion by PRESIDING JUSTICE CROW. Not to be published in full.

A. L. Stice, Plaintiff-Appellant, v. Richard Beard, Defendant-Appellee.

Gen. No. 10,513. 

Fourth District.

March 6, 1964.

John R. Dean, of Danville, for appellant; William R. Kesler, of Danville (Gunn, Hickman and Kesler, of counsel), for appellee. Opinion by JUDGE SPIVEY. Not to be published in full.